Jessica B. Coffield (SBN 274122)
jbcoffield@ww.law
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendant
CENLAR FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PEREZ,<br><br>         Plaintiff,<br><br>  v.<br><br>CENLAR FSB, NATIONAL DEFAULT SERVICING CORPORATION (NDSC), AND DOES 1-10, INCLUSIVE,<br><br>         Defendants. | Case No.: 1:21-cv-01154-DAD-SKO<br><br>Assigned to the Hon. Sheila K. Oberto<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CENLAR FSB TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 5) |

     Pursuant to Civil Local Rule 144, YOLANDA PEREZ ("Plaintiff") and CENLAR FSB ("Defendant") (collectively, the "Parties") respectfully submit the following Stipulation Extending Time for Defendant Cenlar FSB to Respond to First Amended Complaint ("Stipulation").

     WHEREAS, Plaintiff filed a First Amended Complaint in the Superior Court of California, County of Madera on July 2, 2021;

     WHEREAS, Defendant, through prior counsel, filed a Notice of Removal on July 30, 2021;

     WHEREAS, Defendant National Default Servicing Corporation (NDSC) filed a Declaration of Non-Monetary Status in the state court action;

     WHEREAS, Defendant Cenlar FSB substituted in new counsel on or about August 18, 2021;

     WHEREAS, the Parties have been meeting and conferring regarding the procedural posture of

the case and its merits, and seek additional time to continue such discussions;

WHEREAS, there have been no prior stipulations to extend time to respond to the First Amended Complaint;

WHEREAS, the Parties seek to limit unnecessary filings in order to preserve judicial resources and those of the Parties.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, and through their respective attorneys of record, as follows:

1. Defendant shall have up to and including September 27, 2021 to file and serve an answer or motion under Rule 12 to the Complaint;

**IT IS SO STIPULATED.**

DATED:  August 19, 2021            WOLFE & WYMAN LLP

By:   */s/ Jessica B. Coffield*
       JESSICA B. COFFIELD
Attorneys for Defendant
**CENLAR FSB**

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By:  */s/ Baldwin S. Moy*
       BALDWIN S. MOY
Attorneys for Plaintiff

**YOLANDA PEREZ**

# ORDER

Pursuant to the parties' above stipulation (Doc. 5), and for good cause shown,

IT IS HEREBY ORDERED that Defendant Cenlar FSB shall have up to and including September 27, 2021, to file and serve an answer or motion under Federal Rule of Civil Procedure 12 to the Complaint.

IT IS SO ORDERED.

Dated:   **August 26, 2021**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE