UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENLAR FSB and NATIONAL DEFAULT SERVICING CORPORATION,<br><br>　　　　　Defendants. | No. 1:21-cv-01154-DAD-SKO<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND AND REMANDING ACTION TO MADERA COUNTY SUPERIOR COURT<br><br>(Doc. No. 4) |

　　　　This matter was removed to this court from Madera County Superior Court on July 30, 2017 by defendant Cenlar FSB's motion, on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331 and the Real Estate Settlement Procedures Act of 1974, 12 U.S.C. § 2601 *et seq.* (Doc. No. 1.) On August 20, 2021, plaintiff filed a motion to remand, arguing that the removal was untimely and without the consent of defendant National Default Servicing Corporation. (Doc. No. 4.) On October 1, 2021, defendant Cenlar FSB filed a notice of non-opposition to plaintiff's motion to remand. (Doc. No. 10.)[1]

/////

---

[1] The court apologizes for the delay in the docketing of this order. The undersigned issued an order directing the remand of this action on December 3, 2021, but the court has learned that order was mistakenly not filed on the docket in this case.

1

Good cause appearing, the court therefore directs that this matter be remanded to the Madera County Superior Court. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 23, 2022**__         _/s/ Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE